**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARUTYVAN FITILCHYAN,<br><br>             Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,[1]<br><br>             Defendant. | Case No. CV 23-01816-MEMF(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for attorney's fees pursuant to 42 U.S.C. § 406(b), and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano, Commissioner of Social Security, is hereby substituted as the Defendant in this action.

Law herein; (2) the Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) is granted: Plaintiff is awarded $10,592 in attorney's fees; and (3) Defendant is directed to pay Plaintiff's counsel $10,592 from the sums withheld from Plaintiff's past-due benefits only to the extent that the amount withheld is available and unexhausted, and to pay directly to Plaintiff any remaining sums withheld from Plaintiff's past-due benefits.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and the United States Attorney for the Central District of California.

DATED: August 26, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE